COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 January 22, 2015
 No. 10-14-00235-CV
 IN THE MATTER OF THE MARRIAGE OF
 PRESTON DEAN BUCK
 AND
 DAWN BRUCENE BUCK
 
 
 From the 378[th] District Court
 Ellis County, Texas
 Trial Court No. 87,503-D
 
--------------------------------------------------------------------------------
JUDGMENT

 Preston Dean Buck's motion to dismiss the appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 There being no agreement of the parties as to costs, it is further ordered that costs of this appeal are taxed against Preston Dean Buck.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM

 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk